JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPHAELLE GAMANHO<br><br>    Plaintiff,<br><br>v.<br><br><br>TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; CITIBANK, N.A.; VERIZON WIRELESS, LLC.<br><br>    Defendants. | Case No.: 2:24-cv-08614-CBM-JPR<br><br>**ORDER GRANTING STIPULATION FOR JOINT DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EQUIFAX INFORMATION SERVICES LLC AND CITIBANK, NA [80]** |

Upon review of the Plaintiff's Joint Stipulation of Dismissal with Prejudice as to Defendants Equifax Information Services LLC and Citibank, N.A. and good cause appearing

    **IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice against Equifax Information Services LLC and Citibank, N.A.

**IT IS ORDERED.**

Dated: <u>November 10, 2025</u>

Honorable Consuelo B. Marshall
United States District Judge